UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN GENAO,

              Plaintiff,

-against-

POLICE SERVICE AREA 6; FEDERAL BUREAU OF INVESTIGATIONS,

              Defendants.

1:20-CV-9886 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated January 6, 2021, the Court granted Plaintiff 30 days to file an application for leave to file this action. ECF 1:20-CV-9886, 8.[1] The Court warned Plaintiff that if he failed to comply within the time allowed, the Court would deny him leave to file this action and dismiss this action without prejudice. *Id.* at 2. Plaintiff has failed to file a leave application. The Court therefore denies Plaintiff leave to file this action and dismisses this action without prejudice.

The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 11, 2021
          New York, New York

                                              Louis L. Stanton
                                                     U.S.D.J.

---

[1] Plaintiff originally filed his complaint and motion to proceed *in forma pauperis* ("IFP") in the United States District Court for the District of Connecticut. That court transferred this action here. (ECF 6.) But Plaintiff is barred from filing any civil action in this court IFP without first obtaining leave to file. *See Genao v. Saint Pauls Church*, ECF 1:19-CV-2704, 6 (S.D.N.Y. June 5, 2019). And he did not file a leave application with his complaint and motion to proceed IFP, as required by that filing bar. *See id.*