UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIN GENAO,<br><br>       Plaintiff,<br><br>  -against-<br><br>POLICE SERVICE AREA 6; FEDERAL BUREAU OF INVESTIGATIONS,<br><br>       Defendants. | 1:20-CV-9886 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 11, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 5, 2019 order in *Genao v. Saint Pauls Church*, ECF 1:19-CV-2704, 6, this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 11, 2021
    New York, New York

                      *Louis L. Stanton*
                      Louis L. Stanton
                        U.S.D.J.